```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                          Alexandria Division

UNITED STATES of AMERICA        )
                                )
        v.                      )         1:08cr101 (JCC)
                                )
ABULABAN, et al.                )
                                )
        Defendants.             )
```

## O R D E R

For the reasons stated in Open Court, it is hereby ORDERED that:

(1) Defendants' Motions for Jencks Material Production, Discovery, Exculpatory Evidence, and to Inspect are GRANTED, and the Government is ORDERED to produce the corresponding documents to Defendants before 12:00 noon on the Wednesday before trial;

(2) Defendants' Motion for 404(B) Evidence is GRANTED, and the Government is ORDERED to produce all 404(B) evidence before 5:00 PM on the Tuesday before trial;

(3) Defendants' Motion for Disclosure of Grand Jury Information is DENIED:

(4) Defendants' Motion for Disclosure of Confidential Informants is GRANTED;

(5) Defendants' Motion for Leave to File Additional Motions, Memoranda, and Exhibits is GRANTED;

(6) Defendants' Motions to Change Venue and to Sever Defendants will be heard on June 6, 2008;

(7) Defendants' Motions to Adopt and Conform Prior Motions and to Adopt Previously Filed Motions are GRANTED;

(8) Defendants' Motions for Extension of Time to File Motions and to Permit Filing Out of Time are GRANTED;

(9) Defendant James' Motion to Waive Appearance of Defendant is GRANTED;

(10) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

May 27, 2008                              /s/
Alexandria, Virginia              James C. Cacheris
                         UNITED STATES DISTRICT COURT JUDGE