```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division


UNITED STATES                    )
                                 )
        v.                       )         1:08cr101 (JCC)
                                 )
FARES ABULABAN, et al.           )
                                 )
        Defendants.              )
```

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

    (1) Defendant's Motion to Suppress Evidence is DENIED;

    (2) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

```
June 6, 2008                           _____/s/_____
Alexandria, Virginia                      James C. Cacheris
                                       UNITED STATES DISTRICT COURT JUDGE
```