```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division
```

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 1:08cr101 (JCC) |
| | ) | |
| FARES ABULABAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon review of Defendant Abulaban's Objections to Findings of Fact, it is hereby ORDERED that:

(1) The Background portion at page 1 of the Memorandum Opinion of June 6, 2008, [237] be amended as follows: the sentence beginning "The Agents" and the sentence beginning "He lined up" shall be deleted and replaced with the following:

> "The Agents met with Defendant Fares Abulaban ("Mr. Abulaban") several times, and arrangements were made for cocaine to be delivered to Mr. Abulaban on February 15, 2008 at Club Envy in Morgantown, West Virginia."

(2) The Clerk of the Court shall forward copies of this Order and the accompanying Amended Memorandum Opinion to all counsel of record.

June 10, 2008                               /s/
Alexandria, Virginia                James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE